# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2025

## NO. 03-24-00485-CV

**Scott Carter Gillette, Appellant**

**v.**

**Stephanie Lee Devore Gillette, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on July 19, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the portion of the final decree that addresses the terms and conditions of Scott Carter Gillette's periods of possession and access to the children and remands the case to the trial court to reconsider consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.